

# NUMBER 13-20-00517-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE V.G.

### On appeal from the 214th District Court
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

This cause is before the Court on its own motion. On December 23, 2020, the Court abated this matter and remanded to the trial court for entry of a certification of defendant's right to appeal. *See* TEX. R. APP. 25.2(d). On January 14, 2021, the Court received findings from the trial court indicating appellant does not have the right to appeal.

On October 21, 2020, appellant filed an application for writ of habeas corpus in cause number 07-CR-3875-F in the 214th District Court of Nueces County, Texas, seeking relief from a 2008 conviction for capital murder. On November 12, 2020, the trial court denied the relief sought in the application. On November 13, 2020, the Court of

Criminal Appeals received an application for writ of habeas corpus seeking relief in the same trial court cause number. On November 30, 2020, appellant filed a notice of appeal in this Court wherein he attempts to appeal the trial court's denial habeas corpus relief.

Jurisdiction to grant post-conviction habeas corpus relief in felony cases rests exclusively with the Texas Court of Criminal Appeals. Tex. Code Crim. Proc. Ann. art. 11.07, § 5 (Vernon Supp. 2011); *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re McAfee*, 53 S.W .3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Therefore, this Court does not have jurisdiction over this matter.

Accordingly, we reinstate the cause and the appeal is dismissed for lack of jurisdiction.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
4th day of February, 2021.